# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:10-cv-03525-TCB
### Sams v. Windstream Communications, Inc. et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Chambers on 03/03/2011.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M.<br>TIME COURT CONCLUDED: 10:45 A.M.<br>TIME IN COURT: 00:30 | COURT REPORTER: Elise Smith-Evans<br>DEPUTY CLERK: Julee Smilley |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Frank Lowrey representing Windstream Communications, Inc.<br>Joshua Millican representing Fayelynn Sams<br>Alison Prout representing Windstream Communications, Inc. |
| PROCEEDING CATEGORY: | |
| MOTIONS RULED ON: | [6]Motion to Remand to State Court DENIED |
| MINUTE TEXT: | Counsel met with the Court on a discovery/scheduling issue. See record for details. After consultation with counsel, the Court ask Defendant to file a motion for judgment on the pleadings. It is not necessary for Plaintiff to respond to Defendant's brief filed 2/26/11. |