**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **FAYELYNN SAMS and HAROLD SAMS, Individually, and on behalf of a class of all others similarly situated,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| vs. ) ) | Civil Action No.: 1:10-cv-3525-TCB |
| **WINDSTREAM COMMUNICATIONS, INC., WINDSTREAM GEORGIA, LLC, and WINDSTREAM GEORGIA COMMUNICATIONS, LLC,** ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

**STIPULATION OF BRIEFING SCHEDULE**

COME NOW Plaintiffs and Defendants, by and through their undersigned counsel, and consistent with the Court's March 3, 2011, Minute Order, hereby stipulate that the Defendants shall file their Motion for Judgment on the Pleadings (or Motion for Summary Judgment) by April 18, 2011. Plaintiffs' time to file their response thereto shall be extended through and including May 16, 2011, and Defendants' time to file their reply shall be extended through and including June 6, 2011.

*[Signatures on following page]*

Consented to this 7th day of March, 2011.

*s/ Joshua A. Millican*
Joshua A. Millican
Georgia Bar No. 508998
Law Office of Joshua A. Millican, P.C.
The Grant Building, Suite 607
44 Broad Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 522-1152
Facsimile: (404) 522-1133
joshua.millican@lawofficepc.com

Matthew C. Billips
Georgia Bar No. 057110
BILLIPS & BENJAMIN LLP
One Tower Creek
3101 Towercreek Parkway, Suite 190
Atlanta, Georgia 30339
Telephone: (770) 859-0751
Facsimile: (770) 859-0752
billips@bandblawyers.com

Lisa T. Millican
Georgia Bar No. 309046
GREENFIELD MILLICAN P.C.
607 The Grant Building
44 Broad Street, N.W.
Atlanta, Georgia 30303
(404) 522-1122 (telephone)
(404) 522-1133 (facsimile)
lisa.millican@lawofficepc.com

Anthony J. Morgese, Esq.
Georgia Bar No. 523430
MORGESE LAW FIRM
3233 S. Cherokee Lane, Building 1000
Woodstock, GA 30188

*s/ Frank M. Lowrey*
Frank M. Lowrey
Georgia Bar No. 410310
lowrey@bmelaw.com
Alison B. Prout
Georgia Bar No. 141666
prout@bmelaw.com
Bondurant Mixson & Elmore LLP
1201 W. Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

*Attorneys for Defendants*

Telephone: (770) 517-6711
Facsimile: (770) 517-6715
lawpair@aol.com

*Attorneys for Plaintiffs*