IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 20 2011

JAMES N. HATTEN, CLERK
BY: _____ Deputy Clerk

| | |
|---|---|
| FAYELYNN SAMS and HAROLD SAMS, individually, and on behalf of class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WINDSTREAM COMMUNICATIONS, INC., WINDSTREAM GEORGIA, LLC, and WINDSTREAM GEORGIA COMMUNICATIONS, LLC,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 1:10CV3525-TCB |

## NOTICE OF MANUAL FILING

Please take notice that counsel for *Amicus Curiae* National District Attorneys Association has manually filed the following documents:

1. Notice of Appearance for Amicus Curiae National District Attorney's Association,

2. Notice of Motion and Motion for Leave to File Brief of *Amicus Curiae* National District Attorney's Association in Support of Defendants' Motion for Judgment on the Pleadings,

3. Brief of Amicus Curiae National District Attorney's Association in Support of Defendants Motion for Judgment on the Pleadings (Exhibit A),

4. Proposed Order Granting Leave to File Brief of *Amicus Curiae* National District Attorney's Association in Support of Defendants Motion for Judgment on the Pleadings (Exhibit B),

5. Declaration of Jeffrey M. Banks in Support of Motion for Leave to File Brief of *Amicus Curiae* National District Attorney's Association in Support of Defendants' Motion for Judgment on the Pleadings (Exhibit C),

These documents were filed electronically because the filing attorney has registered, but has not received login and password information required for electronic filing.

DATED: April 18, 2011

By: _____
John G. Wilbanks, Jr.
Georgia Bar No. 758220
Assistant District Attorney
Northeastern Judicial Circuit
PO Box 1327
Dawsonville, GA 30534
(706)-344-3620
Jwilbanks@dawsoncounty.org