# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **FAYELYNN SAMS, individually, and on behalf of class of all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **CIVIL ACTION** |
| **WINDSTREAM CORPORATION, WINDSTREAM COMMUNICATIONS, INC., WINDSTREAM GEORGIA, LLC, and WINDSTREAM GEORGIA COMMUNICATIONS, LLC,** | ) ) ) ) ) ) | **FILE NO. 1:10CV3525-TCB** |
| **Defendants.** | ) | |

## CONSENT ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

For good cause shown, IT IS HEREBY ORDERED that the deadline for Defendants to file their Reply Brief in Support of Motion for Judgment on the Pleadings shall be extended by ten (10) days.  The Reply Brief, which was due on June 6, 2011, shall now be due on June 16, 2011.

**[signatures on following page]**

881728.1

SO ORDERED, this ___ day of _____, 2011.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Consented and Agreed to this 25th day of May, 2011 by:

/s/ Joshua A. Millican                          /s/ Alison B. Prout
Joshua A. Millican                              Frank M. Lowrey
Georgia Bar No. 508998                          Georgia Bar No. 410310
Law Office of Joshua A. Millican, P.C.          lowrey@bmelaw.com
The Grant Building                              Alison B. Prout
Suite 607                                       Georgia Bar No. 141666
44 Broad Street, N.W.                           prout@bmelaw.com
Atlanta, Georgia  30303                         Bondurant, Mixson & Elmore, LLP
Telephone: (404) 522-1152                       3900 One Atlantic Center
Facsimile: (404) 522-1133                       1201 West Peachtree Street, N.W.
joshua.millican@lawofficepc.com                 Atlanta, Georgia  30309
                                                Telephone: (404) 881-4100
Matthew C. Billips                              Facsimile: (404) 881-4111
Georgia Bar No.  057110
BILLIPS & BENJAMIN LLP
One Tower Creek                                 *Attorneys for Defendants*
3101 Towercreek Parkway, Suite 190
Atlanta, Georgia 30339
Telephone: (770) 859-0751
Facsimile: (770) 859-0752
billips@bandblawyers.com

Lisa T. Millican
Georgia Bar No. 309046
GREENFIELD MILLICAN P.C.
607 The Grant Building
44 Broad Street, N.W.
Atlanta, Georgia  30303
Telephone: (404) 522-1122
Facsimile: (404) 522-1133
lisa.millican@lawofficepc.com

Anthony J. Morgese, Esq.
Georgia Bar No. 523430
MORGESE LAW FIRM
3233 S. Cherokee Lane, Building 1000
Woodstock, Georgia  30188
Telephone: (770) 517-6711
Facsimile: (770) 517-6715
lawpair@aol.com

*Attorneys for Plaintiffs*

881728.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a true and correct copy of the foregoing

**CONSENT ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO**

**FILE REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON**

**THE PLEADINGS** was electronically filed with the Clerk of Court using the

Court's electronic filing system which will automatically send an email

notification of such filing to the following attorneys of record who are registered

participants in the Court's electronic notice and filing system:

> Joshua A. Millican, Esq.
> Law Office of Joshua A. Millican, P.C.
> The Grant Building, Suite 607
> 44 Broad Street, N.W.
> Atlanta, Georgia  30303
>
> Lisa T. Millican, Esq.
> Greenfield Millican P.C.
> 607 The Grant Building
> 44 Broad Street, N.W.
> Atlanta, Georgia  30303
>
> Matthew C. Billips, Esq.
> Billips & Benjamin LLP
> One Tower Creek
> 3101 Towercreek Parkway, Suite 190
> Atlanta, Georgia  30339

881728.1

Anthony J. Morgese, Esq.
Morgese Law Firm
3233 S. Cherokee Lane, Building 1000
Woodstock, Georgia  30188

This 25th day of May, 2011.

/s/ Alison B. Prout
Alison B. Prout
Georgia Bar No. 141666

881728.1